AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BRUNO BELLON <br><br> *Plaintiff(s)* <br><br> v. <br><br> Carma Cinco, LLC, Carmacuatro LLC, Guillermo Palmeiro, and Carlos Ruiz <br><br> *Defendant(s)* | Civil Action No. 1:26-cv-21416-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carma Cinco, LLC through its Registered Agent:

PIEDRA REGISTERED AGENTS LLC
8950 SW 74 CT
STE 1606
MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Mar 3, 2026

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BRUNO BELLON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-21416-JEM |
| Carma Cinco, LLC, Carmacuatro LLC, Guillermo Palmeiro, and Carlos Ruiz | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carmacuatro LLC through its Registered Agent:

PIEDRA REGISTERED AGENTS LLC
8950 SW 74 CT
STE 1606
MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 3, 2026

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BRUNO BELLON *Plaintiff(s)* | Civil Action No. 1:26-cv-21416-JEM |
| v. | |
| Carma Cinco, LLC, Carmacuatro LLC, Guillermo Palmeiro, and Carlos Ruiz *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Guillermo Palmeiro

8950 SW 74 CT
STE 1606
MIAMI, FL 33156
(as per Sunbiz records)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Mar 3, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BRUNO BELLON <br><br> *Plaintiff(s)* <br><br> v. <br><br> Carma Cinco, LLC, Carmacuatro LLC, Guillermo Palmeiro, and Carlos Ruiz <br><br> *Defendant(s)* | Civil Action No. 1:26-cv-21416-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carlos Ruiz

    8950 SW 74 CT
    STE 1606
    MIAMI, FL 33156
    (as per Sunbiz records)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
    2250 Southwest Third Avenue
    Suite 501
    Miami, Florida 33129
    Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Mar 3, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts